# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMUEL HOWARD, | Case No. 2:20-cv-00462-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| REBECCA BOYD, *et al.*, | |
| Defendant(s). | |

The order setting the early mediation, Docket No. 12, is hereby **CORRECTED** as to the name of the mediator. The mediator in this case is David A. Stephens.

**IT IS SO ORDERED.**

DATED: March 24, 2021

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE