# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>REBECCA BOYD, et al.,<br><br>    Defendants. | Case No. 2:20-cv-00462-GMN-EJY<br><br>**Order**<br><br>[Docket No. 21] |

Pending before the Court is Plaintiff's motion to compel answers to Plaintiff's discovery requests. Docket No. 21. Plaintiff asks the Court to compel Defendants to respond to interrogatories, requests for admissions, and production of documents requests that he mailed on August 10, 2021. *Id.* at 1. Plaintiff received no response from Defendants and attempted to meet and confer with them prior to the filing of the instant motion. *Id.* at 1-2. In response, Defendants submit that the parties met and conferred on this matter on October 1, 20201. Docket No. 23 at 2. Defendants further submit that the parties have come to a favorable resolution of this matter and that Plaintiff has agreed to withdraw his motion. *Id.* No reply has been filed. *See* Docket.

The Court is concerned with Defendants' litigation tactics. Plaintiff properly propounded discovery requests and unsuccessfully attempted to meet and confer with Defendants their complete failure to respond. Plaintiff eventually filed a motion to compel which, it seems, finally caused Defendants to acknowledge his discovery requests. Accordingly, the Court **GRANTS** Plaintiff's motion. Docket No. 21. No later than October 26, 2021, Defendants must show cause as to why they should not be ordered to pay Plaintiff's reasonable costs in filing his motion.

IT IS SO ORDERED.

Dated: October 19, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1