# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>REBECCA BOYD, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-00462-GMN-NJK<br><br>**Order** |

On October 28, 2021, the Court ordered Defendants to pay Plaintiff's reasonable expenses in litigating his motion to compel. Docket No. 27. The Court ordered the parties to confer on this matter and further ordered Plaintiff to file a motion to calculate costs if no agreement could be reached. *Id.* at 4. Defendants have now filed a notice of compliance stating that the parties had come to an agreement that Defendants would pay Plaintiff $15.00 for the costs associated with printing and filing his motion to compel. Docket No. 28. Defendants must pay Plaintiff $15.00 no later than November 29, 2021.

IT IS SO ORDERED.

Dated: November 8, 2021

                                                                             Nancy J. Koppe<br>
                                                                             United States Magistrate Judge