# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL HOWARD, | Case No. 2:20-cv-00462-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 43] |
| REBECCA BOYD, et al., | |
| Defendants. | |

Pending before the Court is Defendants' motion to vacate and reschedule the settlement conference currently scheduled for February 1, 2022. Docket No. 43. The Court's order setting the settlement conference, issued on November 30, 2021, requires requests to change the date of the settlement conference to be made within fourteen days of the Court's order absent unexpected circumstances, such as illness. *See* Docket No. 35 at 1 n.1. Defendants provide no unexpected circumstances justifying a late request. Further, Defendants fail to provide any information regarding counsel's trial conflict, such as name, case number, in which court trial is set, and when trial date was set. Accordingly, Defendants' motion, Docket No. 43, is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: January 6, 2022

_____
Nancy J. Koppe
United States Magistrate Judge