# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMUEL HOWARD,

    Plaintiff,

v.

REBECCA BOYD, et al.,

    Defendants.

Case No.: 2:20-cv-00462-GMN-NJK

**Order**

[Docket No. 47]

Pending before the Court is Defendants' motion to vacate and reschedule the settlement conference currently scheduled for February 1, 2022.  Docket No. 47.  The Court SETS a telephonic hearing on that motion for 10:00 a.m. on January 25, 2022.  Plaintiff and Defendants' counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing.  The conference code is 6791056.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.  In light of Plaintiff being in prison, Defendants' counsel is further **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate Plaintiff's appearance at the settlement conference.  Mr. Caytuero can be reached at 702-464-5566.

    IT IS SO ORDERED.

    Dated: January 18, 2022

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge