# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SAMUEL HOWARD,

    Plaintiff,

v.

REBECCA BOYD, et al.,

    Defendants.

Case No.: 2:20-cv-00462-GMN-NJK

**Order**

[Docket No. 49]

    Pending before the Court is Defendants' motion to reschedule the hearing currently set for January 25, 2022. Docket No. 49. For good cause shown, the motion is **GRANTED**. The hearing in this matter is continued in time only to 2:00 p.m. on January 25, 2022. All other requirements set forth in Docket No. 48 continue to apply.

    IT IS SO ORDERED.

    Dated: January 21, 2022

                                                                   _____

                                                                   Nancy J. Koppe
                                                                   United States Magistrate Judge