AARON D. FORD
  Attorney General
AUSTIN T. BARNUM (Bar No. 15174)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: abarnum@ag.nv.gov

*Attorneys for Defendants Robert Ashcraft,*
*Jeremy Bean, Rebecca Boyd, Travis Bradshaw,*
*Guy Brown, and James Lester*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL HOWARD,<br><br>             Plaintiff,<br><br> v.<br><br>REBECCA BOYD, *et al.,*<br><br>             Defendants. | Case No.2:20-cv-00462-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants Robert Ashcraft, Jeremy Bean, Rebecca Boyd, Travis Bradshaw, Guy Brown, and James Lester, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Austin T. Barnum, Deputy Attorney General, and Plaintiff Samuel Howard, *pro se*, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot and the February 16, 2022 Settlement Conference is **VACATED**.

DATED this ___ day of February, 2022.                    DATED this 8th day of February, 2022

                                                          AARON D. FORD
                                                          Attorney General

By: _____                              By: /s/Austin T. Barnum _____
SAMUEL HOWARD #18329                                      AUSTIN T. BARNUM, Bar No. 15174
Plaintiff, *Pro Se*                                       Deputy Attorney General


**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __9__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT